No. 146. UNITED STATES *v.* RAYNOR; and

No. 147. SAME *v.* FOWLER. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for the United States. *Messrs. George R. Jeffrey, John Elliott Byrne,* and *W. H. F. Millar* for respondents. Reported below: 89 F. (2d) 469.

No. 167. BLACKTON *v.* GORDON. October 11, 1937. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey granted. *Mr. Clement K. Corbin* for petitioner. *Mr. John W. Ockford* for respondent.

No. 181. MYERS ET AL. *v.* BETHLEHEM SHIPBUILDING CORP.; and

No. 182. MYERS ET AL. *v.* MACKENZIE ET AL. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* and *Mr. Charles Fahy* for petitioners. *Messrs. Frederick H. Wood, John L. Hall, Claude R. Branch,* and *E. Fontaine Brown* for respondents in No. 181. *Messrs. B. A. Brickley, Alexander G. Gould,* and *Oliver R. Waite* for respondents in No. 182. Reported below: 88 F. (2d) 154.

No. 189. FOSTER ET AL., EXECUTORS, *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Hugh C. Bickford, William P. McCool, R. Kemp Slaughter,* and *C. Clifton Owens* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.